**THIS ORDER IS APPROVED.**

**Dated: July 07, 2010**



_____
**JAMES M. MARLAR
Chief Bankruptcy Judge**

Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| JOSEPHINE R. RODRIGUEZ and JASON C. RODRIGUEZ, | NO. 4-10-bk-11527-JMM |
| Debtors. | **ORDER MODIFYING AUTOMATIC STAY** |
| WELLS FARGO DEALER SERVICES, INC., fka WACHOVIA DEALER SERVICES, INC., | |
| Movant, | |
| v. | |
| JOSEPHINE R. RODRIGUEZ and JASON C. RODRIGUEZ, and STANLEY J. KARTCHNER, Trustee, | |
| Respondents. | |

WELLS FARGO DEALER SERVICES, INC., fka WACHOVIA DEALER SERVICES, INC., the holders of a claim secured by an interest in certain personal property and proceeds thereof, having filed a Motion for Relief from the Automatic Stay, and after appropriate notice and opportunity for a hearing, no party in interest having objected to such Motion;

43443-92470/RMH/JMC2/805928_v1

Upon consideration of the allegations contained in the Motion and evidence attached thereto, the Court finds that Movant has a valid and perfected lien upon the personal property described in the Motor Vehicle Retail Installment Sales Contract and Purchase Money Security Agreement and Lien Holder Record attached to Movant's Motion; that the Debtors have been unable to afford Movant adequate protection for its interest in said property; that there is no equity in said personal property for the bankruptcy estate; and that Movant should be permitted to foreclose its lien upon said personal property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the stay afforded by 11 U.S.C. §362 be, and it hereby is, vacated and modified to permit to foreclose its lien on the personal property described in paragraph 1 of their Motion on file herein, to wit:

2004 FORD F150-VIN #1FTRW14W44KC03252

DATED this _____ day of _____, 2010.

_____
U.S. BANKRUPTCY COURT JUDGE

**COPY** of the foregoing mailed
this 2nd day of June, 2010, to:

JOSEPHINE R. RODRIGUEZ
JASON C. RODRIGUEZ
44423 W. Yucca Lane
Maricopa, AZ 85138

STANLEY J. KARTCHNER
7090 N. Oracle Rd., #178-204
Tucson, AZ 85704

  s/ Jeanette Chavez

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

2

43443-92470/RMH/JMC2/805928_v1